In the Matter of ALLAN RUBIN, an Attorney, Respondent.
JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE
SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.

Second Department, August 8, 1977

*Nicholas C. Cooper* and *John H. Schunke, Jr.,* for petitioner.

*Grant A. Patten* for respondent.

*Per Curiam.* The respondent was admitted to practice by
this court on September 26, 1934 under the name Allan
William Rubin. In this proceeding to discipline him for profes-
sional misconduct, the petitioner moves to confirm and the
respondent cross-moves to disaffirm the report of the Justice of
the Supreme Court to whom the issues were referred for
hearing and report.

The reporting Justice sustained a charge of professional
misconduct against respondent involving the conversion of
$1,509.43 by respondent's indorsement of his client's signature
on two checks made payable to the client, and then cashing
those checks.

After reviewing all of the evidence, we are in accord with
the findings of the Referee. Accordingly, petitioner's motion to
confirm the Referee's report is granted and respondent's cross
motion is denied.

The respondent is adjudged guilty of serious professional
misconduct and should be, and he hereby is, disbarred from

further practice of law, and his name is ordered removed from the roll of attorneys and counselors at law, effective forthwith.

GULOTTA, P. J., HOPKINS, LATHAM, COHALAN and TITONE, JJ., concur.